**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-1409

_____

GLENN W. CARTER,

Plaintiff - Appellant,

versus

JO ANNE BARNHART, Commissioner of Social
Security,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  Glen M. Williams, Senior
District Judge.  (CA-03-8)

_____

Submitted:  October 22, 2004      Decided:  November 22, 2004

_____

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Roger W. Rutherford, WOLFE, WILLIAMS & RUTHERFORD, Norton,
Virginia, for Appellant.  Donna L. Calvert, Regional Chief Counsel,
Region III, Patricia M. Smith, Deputy Chief Counsel, Shawn C.
Carver, Assistant Regional Counsel, Philadelphia, Pennsylvania;
John L. Brownlee, United States Attorney, Julie C. Dudley,
Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Glenn W. Carter appeals the district court's order granting summary judgment for the Commissioner and affirming the Commissioner's denial of disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Carter v. Barnhart</u>, No. CA-03-8 (W.D. Va. Feb. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>